United States District Court
Southern District of Texas
**ENTERED**
February 06, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| OCEANEERING INTERNATIONAL, INC. | § § | |
| Plaintiff, | § § | CIVIL ACTION NO. 4:16-cv-02797 |
| v. | § § § | |
| TRENDSETTER ENGINEERING, INC. | § § | |
| Defendant. | § § | |

**ORDER DISMISSING ALL CLAIMS WITH PREJUDICE
PURSUANT TO RULE 41(A)(2)**

Plaintiff Oceaneering International, Inc. ("Oceaneering") and Defendant Trendsetter Engineering, Inc. ("Trendsetter), have jointly filed a "Joint Motion to Dismiss with Prejudice Pursuant to Rule 41(a)(2)" pursuant to Rule 41 of the Federal Rules of Civil Procedure. The parties have entered into a January 26, 2017 settlement agreement settling all claims asserted in this action. The parties further request that dismissal be conditioned on the Court's retention of jurisdiction over the parties' settlement agreement pursuant to *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381 (1994).

In view of the foregoing, the Court finds that an order dismissing all claims asserted by Oceaneering against Trendsetter, and all counterclaims asserted by Trendsetter against Oceaneering should be entered. The Court expressly retains jurisdiction over the parties' January 26, 2017 Settlement Agreement (including all exhibits), the terms of which are hereby incorporated into this Order. Therefore, all claims asserted by Oceaneering against Trendsetter and all counterclaims asserted by Trendsetter against Oceaneering are dismissed with prejudice, each party to bear its own costs and fees.

Signed this 6th day of February, 2017.

UNITED STATES DISTRICT JUDGE